HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
MANUEL GARIBAY-ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>MANUEL GARIBAY-ANDRADE,             )<br>                                    )<br>            Defendant.              )<br>                                    ) | Case No. 14-cr-339 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  March 12, 2015<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Nirav Desai, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Manuel Garibay-Andrade, that the status conference scheduled for January 29, 2015 be vacated and continued to March 12, 2015 at 9:00 a.m.

   The reason for the continuance is to allow defense counsel to consult further with her client about discovery.

   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 12, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

   Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| DATED: January 23, 2015 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Noa Oren*<br>NOA OREN<br>Assistant Federal Defender<br>Attorney for<br>MANUEL GARIBAY-ANDRADE |
| DATED: January 23, 2015 | BENJAMIN WAGNER<br>United States Attorney |
| | */s/ Nirav Desai*<br>NIRAV DESAI<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 12, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). The January 29, 2015 status conference is continued until March 12, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT